# United States District Court
# For The Western District of North Carolina
# Asheville Division

VINCENT EARL,

       Plaintiff,                       JUDGMENT IN A CIVIL CASE

vs.                                      1:03cv109-1-MU

LT. GOULD,

       Defendant.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 11, 2006 Order.

April 11, 2006

FRANK G. JOHNS, CLERK

BY: *s/Elizabeth J. Barton*

Elizabeth J. Barton, Deputy Clerk